IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DELESTER LEE,** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION 07-0586-WS-M |
| **LEWIS BOYD,** | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as this Court does not have Jurisdiction in this matter.

**DONE** this 20th day of February, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE