IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DELESTER LEE,** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION 07-0586-WS-M |
| **LEWIS BOYD,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Lewis Boyd and against Petitioner Delester Lee.

**DONE** this 20th day of February, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE